IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )        8:03CR475
                               )
       v.                      )
                               )
SANTOS RAMOS,                  )        ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 40). Accordingly,

IT IS ORDERED that a hearing on said motion is scheduled for:

**Friday, July 6, 2007, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

DATED this 11th day of June, 2007.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court